PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. BOARD OF RAILROAD COM'RS et al. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Proceeding by the people, on the relation of the New York Central & Hudson River Railroad Company, against the board of railroad com-

missioners of the state of New York, Ashley W. Cole and others, being the members thereof, and the Monroe County Electric Belt Line Company. No opinion. Determination unanimously confirmed, with $50 costs and disbursements.